IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN MOSES | : CIVIL ACTION |
| Plaintiff | : |
| v. | : NO. 05-6356 |
| MICHAEL J. ASTRUE SOCIAL SECURITY ADMINISTRATION | : |
| Defendant | : |

**ORDER**

ANITA B. BRODY, J.

AND NOW, this 29th day of May, 2007, upon consideration of the parties' cross-motions for summary judgment and after careful review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Plaintiff's Motion for Summary Judgment (Doc. No. 7) is **GRANTED**.

3. The Defendant's Motion for Summary Judgment (Doc. No. 8) is **DENIED**.

5. The decision of the Commissioner is **REVERSED**.

6. The case is **REMANDED** to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

7. The Clerk is directed to enter **JUDGEMENT IN FAVOR OF PLAINTIFF**

Copies via ECF on ___ to:
Copies via US Mail on ___ to: